# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 20, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

155440 & (25)(29)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

           SC:  155440
           COA:  335712
           Wayne CC:  12-000953-FC;
                              12-005075-FC

MARK CARTER,
      Defendant-Appellant.

_____/

On order of the Court, the motion to amend is GRANTED, and the motion to compel is DENIED.  The application for leave to appeal the January 4, 2017 order of the Court of Appeals is considered.  We DIRECT the Wayne County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order.  The prosecutor shall also specifically address:  (1) the defendant's contention that he never filed a motion for relief from judgment; and (2) whether the procedures described in this Court's March 8, 2016 remand order have been provided to the defendant since the entry of the May 20, 2016 order that is currently under review, possibly at a hearing on December 21, 2016.

The application for leave to appeal remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 20, 2018 _____



                                        Clerk

s0209